# Court of Appeals
# of the State of Georgia

ATLANTA, October 25, 2024

*The Court of Appeals hereby passes the following order:*

## A25E0033. JULIE ADAMS v. FULTON COUNTY et al.

Appellant's emergency motion for relief is hereby denied. The petition fails to establish that invocation of this Court's Rule 40 (b) jurisdiction is warranted under the facts of this case. See Court of Appeals Rule 40 (b).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/25/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*